UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ABOU BOCARA DIAWARA** § | Case No. 1:22-cv-393 |
| Plaintiff § | Judge |
| § | |
| v. § | |
| § | **STIPULATION OF DISMISSAL** |
| **HERTZ CORPORATION, et al.** § | **WITH PREJUDICE** |
| Defendant § | |

Pursuant to F.R.Civ.P. 41, the undersigned counsel hereby stipulates that all claims of plaintiff, **ABOU BOCARA DIAWARA**, against defendant Hertz Corporation and all other named defendants be dismissed in their entirety with prejudice, Plaintiff to bear his own costs.

/s/Arthur W. Harmon, Jr. _____
Arthur W. Harmon, Jr., Atty. at Law
Attorney Registration # 0022221
Trial Attorney for Plaintiff
8044 Montgomery Road
Suite 700
Cincinnati, Ohio 45236
(513) 793-1991
Fax – (513) 793-1991
arthur.harmon@harmonattorneys.com


Dated: \_\_\_\_\_9/19/2022_____